WILLIAM ROBINSON et al., Appellants, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Argued March 9, 1936; decided April 14, 1936.)

*Arthur C. Minahan* for appellants.

*Richard L. Wolf* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.   Taking no part: O'BRIEN, J.